1  PHILLIP A. TALBERT
   Acting United States Attorney
2  CHRISTOPHER D. BAKER
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
6  Attorneys for Plaintiff
   United States of America
7



SEALED
FILED
MAY 16 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10 IN THE MATTER OF THE SEARCHES OF:        CASE NO. 1:16 SW 00115 BAM

11 2315 West Celeste Ave., Fresno, CA and   (PROPOSED) ORDER SEALING SEARCH
12 1030 Gettysburg Ave., Suite 107, Clovis CA.   WARRANTS AND APPLICATION AND
                                            AFFIDAVIT
13

14

15     The United States of America having applied to this Court for an Order sealing the search

16 warrant and application and affidavit in the above-entitled proceedings, together with its Application to

17 Seal, and Memorandum of Points and Authorities, and good cause appearing therefor,

18     IT IS HEREBY ORDERED that the search warrants and application and affidavit in the above-

19 entitled proceeding, together with the Application to Seal of the United States Attorney and the

20 accompanying Memorandum of Points and Authorities, shall be sealed and shall not be disclosed

21 pending further order of this court.

22

23 DATED: 5/16/14

24                                          _____
                                            HONORABLE BARBARA A. MCAULIFFE
25                                          U.S. Magistrate Judge

26

27

28