

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF:, | ORDER TO UNSEAL SEARCH AND SEIZURE WARRANTS, AFFIDAVITS AND ALL RELATED FILINGS |
|---|---|
| ALL FUNDS MAINTAINED IN BANK OF AMERICA, N.A. BANK ACCOUNT NUMBER 3250-3318-0342 FOR THE RENTAL GROUP, WHOSE SOLE AUTHORIZED SIGNOR IS DEPIANO | CASE NO. 1:16-SW-00104 SAB |
| ALL FUNDS MAINTAINED IN BANK OF AMERICA, N.A. BANK ACCOUNT NUMBER 3250-2600-6161 FOR SETH DEPIANO SOLE PROPRIETOR DOING BUSINESS AS US FUNDING; | CASE NO. 1:16-SW-00105 SAB |
| ALL FUNDS MAINTAINED IN BANK OF AMERICA, N,A. BANK ACCOUNT NUMBER 3250 2603 0959 FOR SETH DEPIANO | CASE NO. 1:16-SW-00106 SAB |
| 2315 WEST CELESTE AVENUE, FRESNO, CA, AND 1030 GETTYSBURG AVE., SUITE 107, CLOVIS, CA | CASE NO. 1:16-SW-00115 BAM |
| THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (702) 239-1179, CARRIER: CELLCO PARTNERSHIP-DBA VERIZON WIRELESS, NV | CASE NO. 1:17-SW-00042 SKO |
| THE CELLULAR TELEPHONE ASSIGNED NUMBER (702) 218-3658, CARRIER: CELLCO PARTNERSHIP-DBA VERIZON WIRELESS, NV | CASE NO. 1:17-SW-00071 SKO |
| THE CELLULAR TELEPHONE ASSIGNED NUMBER (702) 232-0554, CARRIER: CELLCO PARTNERSHIP-DBA VERIZON WIRELESS, NV | CASE NO. 1:17-SW-00072 SKO |
| THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (408) 334-8124, CARRIER: CELLCO PARTNERSHIP-DBA VERIZON WIRELESS, CA | CASE NO. 1:17-SW-000182 SAB |
| THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (408) 334-8124, CARRIER: CELLCO PARTNERSHIP-DBA VERIZON WIRELESS, CA | CASE NO. 1:17-SW-00209 SAB |

1 | The search and seizure warrants, affidavits and all related filings in support of the above-referenced search and seizure warrants, having previously been sealed by orders of this Court, and it appearing that the search and seizure warrants, affidavits and all related filings no longer need to remain sealed based on the government's motion,

IT IS HEREBY ORDERED that the search and seizures warrants, affidavits and all related filings in support of the search and seizure warrants herein be unsealed and made public record.

DATED: July 27, 2017.

*[signature]*

HON. SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE

Order to Unseal

2